Gerald L. **WARREN**, Appellant,

v.

**WASHINGTON UNIVERSITY,**

**and**

**Richard D. Wetzel, Respondents.**

No. ED 76366.

Missouri Court of Appeals,
Eastern District,
Division One.

March 14, 2000.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 3, 2000.

Application for Transfer Denied June 27, 2000.

Robert J. Mauer, Clayton, for appellant.

Robert T. Haar, Susan E. Bindler, Monica J. Allen, Haar & Woods, LLP, St. Louis, for respondent.

Before GARY M. GAERTNER, P.J., PAUL J. SIMON, J., and JAMES R. DOWD, J.

## ORDER

PER CURIAM.

Appellant, Gerald L. Warren, appeals the judgment of the Circuit Court of the City of St. Louis, granting respondents', Washington University and Richard D. Wetzel, motion for summary judgment. We affirm.

We have reviewed the briefs of the parties, the legal file, and the transcripts, and find no error of law. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b).